FILED
NOV 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Jack Charles Massengale
  Plaintiff  7/05 STEED cr
              HYATTSVILLE MD
  v.          20787            Civil Action
              (301) 779-2971
United States, and the
United States House of Representatives
  Defendants

CASE NUMBER  1:05CV02275

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/23/2005

## COMPLAINT

1. Jurisdiction lies under 26 U.S. Code 1375(b)(1), 28 U.S. Code 2401(b) and 28 U.S. Code Section 2675 as Jack C. Massengale filed an administrative claim with the U.S. House of Representatives within two years of the accident and over six months have elapsed since that filing without response from the U.S. House of Representatives.

2. On or about the morning of January 15, 2003, I, Jack C. Massengale fell and injured myself when walking over a Hubbell TrukTrak (meant for trucks – obviously) barrier placed all-the-way across the public sidewalk on the west side of First Street S.E., Washington, D.C., on the east side of the Cannon House Office

Building (on the opposite side of the street from the Library of Congress).

    3. Jack C. Massengale was injured as follows: I broke bones in my left arm and wrist; lost 70% of the use of my left hand due to broken bones in the left hand and wrist and arm, and I am left handed; my hearing in my right ear was destroyed and my hearing in my left ear has worsened; I broke bones on the right side of my chest, and have pain on both sides of my chest; I bruised and scarred my right eye and eyeball, which causes me to see little dots in my right eye's field of vision, which is very irritating; I broke my nose causing need for an operation to restore normal breathing; I injured both knees due to fall - permanent injuries; I broke bones in my chest causing severe permanent pain.

    Wherefore, Plaintiff demands damages in the amount of $500,000 for personal injury.

*Jack Massengale*
*Jack M. Massengale*

Jack Charles Massengale
7105 Steed Court
Hyattsville, MD 20782
301-279-2971
Fax 301-277-2633
fedservice@yahoo.com