UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK CHARLES MASSENGALE,<br>7105 Steed Ct.<br>Hyattsville, MD 20782,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES, and the<br>UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      Defendants. | Civil Action No.: 05-2275 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendants in the above-captioned case.

 

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* plaintiff by first class mail addressed to:

    Jack Charles Massengale
    7105 Steed Ct.
    Hyattsville, MD 20782

on this 17th day of February, 2006.

                                            _____
                                            ALAN BURCH, D.C. Bar # 470655
                                            Assistant United States Attorney
                                            555 4th St., N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7204
                                            alan.burch@usdoj.gov