UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK CHARLES MASSENGALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, and the )<br>UNITED STATES HOUSE OF REPRESENTATIVES, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-2275 (RJL) |

## DECLARATION OF JOHN FILAMOR

1. I am more than 18 years old and reside in Arlington, Virginia. I have first-hand personal knowledge of the facts set forth in this Declaration based on my memory and a review of the records of the Office of the General Counsel for the U.S. House of Representatives, which are records kept in the ordinary course of business.

2. I currently serve as an Assistant Counsel in the Office of the General Counsel for the U.S. House of Representatives and have served in this capacity since December 2001. As an Assistant Counsel, one of my responsibilities is to handle administrative claims submitted under the Federal Tort Claims Act (FTCA), and related issues.

3. At some point prior to February 2005, Jack Massengale visited our office, and I spoke to him. At that meeting, Mr. Massengale indicated that he wished to file an FTCA claim for injuries that he allegedly sustained when he tripped over a security barrier in one of the streets in front of the Cannon House Office Building. I informed Mr. Massengale at that

time that he should file his claim with the U.S. Capitol Police (USCP) because it was my understanding from prior experience that the USCP maintained the barriers. At that time, I also gave Mr. Massengale the contact information for the USCP General Counsel's office.

4. On February 25, 2005, our office received from the Torts Branch of the Department of Justice (DOJ) an FTCA claim that Mr. Massengale had filed with DOJ for the injuries he allegedly sustained after tripping over the USCP security barrier.

5. On February 28, 2005, I forwarded Mr. Massengale's FTCA claim to the USCP General Counsel's office.

6. Our office has never received an FTCA claim from Mr. Massengale directly. The only FTCA claim we have ever received for Mr. Massengale is the one forwarded to us by DOJ on February 25, 2005 to which I refer in paragraphs 4 and 5 above.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge, this 23rd day of March, 2006.

_____
John Filamor