UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK CHARLES MASSENGALE, | ) |
| | ) |
| | ) |
| Plaintiff, | )    Civil Action No.: 05-2275 (RJL) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, and the | ) |
| UNITED STATES HOUSE OF REPRESENTATIVES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF ALETA BODOLAY

1.    From August 8, 1960 until January 2, 2006, I was employed by the United States

Department of Justice, Civil Division, in Washington, D.C. as a Claims Specialist. As

such, one of my responsibilities was to review and make recommendations relating to the

adjudication of administrative claims presented under 28 U.S.C. § 2672 to the

Department, which are based on the activities of employees of the Department of Justice.

Since January 2, 2006, I have continued the same duties, but now as a contract employee.

2.    All administrative tort claims under the Federal Tort Claims Act pertaining to Department

of Justice activities are handled by the Civil Division of the Department of Justice except

those claims specifically directed to activities of the Federal Bureau of Investigation, the

Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals

Service, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco,

Firearms and Explosives.

3.    Acting on a recent request from the United States Attorney's office in Washington, D.C., I obtained and reviewed the official Department of Justice file containing the administrative tort claim of Jack Massengale.

4.    I make the statements in this declaration based on my personal knowledge and based on the official records kept by the Department of Justice, Civil Divison , which records relate to the administrative tort claim filed by Jack Massengale, and are records kept in the ordinary course of business.

5.    Jack Massengale's administrative tort claim was originally handled by Kimberly P. Smith, Paralegal Specialist, who no longer works with Department of Justice, Civil Division, Torts Branch.

6.    It appears from the records that the Department of Justice received Jack Massengale's claim on December 28, 2004.  See Exhibit 1 hereto, letter dated February 8, 2005, from Phyllis J. Pyles, Director, Torts Branch, Civil Division, Department of Justice to Geraldine Jennet, General Counsel, House of Representatives.

7.    A copy of the Standard Form 95, Claim for Damage, Injury, or Death included in Jack Massengale's tort claim is attached hereto as Exhibit 2.  As shown in Exhibit 2, Jack Massengale's Standard Form 95 was addressed to the United States House of Representatives, but the certified mail envelope in the Department file, as shown in Exhibit 3, attached hereto, indicates it was addressed to the Director, Torts Branch, Civil Division, United States Department of Justice, Washington, D.C.  20530.  There was no indication in the Department file that Jack Massengale sent other copies of his claim to

the House of Representatives or to any other agency.

8.  The Department of Justice, Civil Division, Torts Branch forwarded Jack Massengale's administrative tort claim to the United States House of Representatives on February 8, 2005.  See Exhibit 1.

9.  The Department of Justice, Civil Division, Torts Branch notified Jack Massengale of the transfer of his claim to the United States House of Representatives by letter on the same date.  See Exhibit 4, attached hereto, letter from Kimberly P. Smith, Paralegal Specialist, Torts Branch, Civil Division, Department of Justice to Jack Massengale (Feb. 8, 2005).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the _23rd_ day of March, 2006.

_Aleta Bodolay_
Aleta Bodolay
Claims Specialist





## U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

*Kimberly P. Smith*
*Paralegal Specialist*

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

*Telephone: (202) 616-4233*
*Facsimile: (202) 616-5200*

---

PJP:KPSmith:tlg
157-0-32-

February 8, 2005

Honorable Geraldine Jennet
General Counsel
House of Representatives
219 Cannon House Office Bldg.
Washington, DC 20515

    Re: <u>Administrative Tort Claim of Jack Massengale</u>

Dear Mr. Jennet:

    The U.S. Department of Justice received the above administrative tort claim postmarked December 23, 2004 on December 28, 2004. Because the claim arises out of the actions of the U.S. House of Representatives, in accordance with 28 C.F.R. § 14.2(b)(1), I am forwarding it to your office for appropriate action. Claimant has been advised of the referral and requested to direct all further communication regarding the claim to your office.

           Very truly yours,

           |S|

           Phyllis J. Pyles
           Director, Torts Branch
           Civil Division

Enclosure

cc:    Mr. Jack Massengale
       7105 Steed Court
       Hyattsville, MD 20782

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| United States House of Representatives Counsel Office, 136 Cannon House Office Bldg. Washington, DC 20515 | Jack Massengale 7105 Steed Court Hyattsville, MD 20782 |

| 3. TYPE OF EMPLOYMENT MILITARY  CIVILIAN | 4. DATE OF BIRTH 7-26-21 | 5. MARITAL STATUS widowed | 6. DATE AND DAY OF ACCIDENT January 15, 2003 | 7. TIME (A.M. OR P.M) @9:30am |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

In the morning or on about January 15, 2003, Jack Massengale (I) was walking uphill past the Cannon House Office Building afte leaving the Capitol South Metro Station on Second Street SE, heading toward the U.S. Supreme Court building.  I was pulling a wheeled folding folding cart with a brief case on it.  Near Independence Avenue on Second Street SE I walked over a Hubbell TrukTrak which crossed the sidewalk (hiding an electric cable attched to a temporary barrier that raised and lowered with electricity).  The Hubbell TrukTrak was about 3 inches high (See Hubbell TrukTrak information ...)(See ATTACHED).

| 9. PROPERTY DAMAGE |
|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

n/a

| 10. PERSONAL INJURY/WRONGFUL DEATH |
|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

I broke bones in my left arm and wrist. I lost 7½%use of the left hand.  I am left handed.
The hearing in my right ear was destroyed, and the hearing in my left ear was worsened.
(See ATTACHED for further)

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| Unknown Capitol Policeman (Asian, probably Korean) | US Capitol Police, 109 D St NW Washington, DC |
| Phillip J. Collins philosofr@yahoo.com | 738 Hobart PL NW Washington, DC  20001 |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| none | $500,000.00 | none | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory 301-779-2971 | 14. DATE OF CLAIM |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States.  (See 18 U.S.C.A. 287.) |

| 95-108 Previous editions not usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance?  Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.  No | |
| Not for this type of claim | |

| | |
|---|---|
| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
| n/a | n/a |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

n/a

19. Do you carry public liability and property damage insurance?   Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)   No

The home I live in has public liability and property damage insurance.  Other than that, NO.

SF 95 (Rev. 7-85) BACK

\* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175



U.S. POSTAGE
PAID
HYATTSVILLE, MD
20782
DEC 23, 04
AMOUNT
$3.36
00023320-05



UNITED STATES
POSTAL SERVICE

0000



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL™

7004 0750 0002 8080 5312

DIRECTOR TORT BRANCH
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
WASHINGTON, DC 20530

Jack Massengale
7105 Steed Ct. Hyattsville, MD 20782-1151



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

| | | |
|---|---|---|
| *Kimberly P. Smith*<br>*Paralegal Specialist* | *Post Office Box 888*<br>*Benjamin Franklin Station*<br>*Washington, D.C. 20044* | *Telephone: (202) 616-4233*<br>*Facsimile: (202) 616-5200* |

PJP:KPSmith:tlg
157-0-32

February 8, 2005

Mr. Jack Massengale
7105 Steed Court
Hyattsville, MD 20782

Re:  <u>Administrative Tort Claim of Jack Massengale</u>

Dear Mr. Massengale:

This is in response to the administrative tort claim dated December 23, 2001, which you presented to the U.S. Department of Justice. The Department of Justice received your claim on December 28, 2004.

Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose actions gave rise to the claim. In this case, the appropriate agency for evaluating the merits of your claim is the U.S. House of Representatives. Accordingly, I am forwarding your claim to that agency.

Please direct all further communication regarding your claim to the U.S. House of Representatives at the address listed below.

Very truly yours,

/s/

KIMBERLY P. SMITH
Paralegal Specialist
Torts Branch, Civil Division

cc:    Honorable Geraldine Jennet
       General Counsel
       House of Representatives
       219 Cannon House Office Bldg.
       Washington, DC 20515