UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK CHARLES MASSENGALE,           )
                                   )
         Plaintiff,                )   Civil Action No.: 05-2275 (RJL)
                                   )
    v.                             )
                                   )
UNITED STATES, and the             )
UNITED STATES HOUSE OF REPRESENTATIVES, )
                                   )
         Defendants.               )

**DECLARATION OF CECELIA BARRIOS**

1. I, Cecelia E. Barrios, declare that I am employed by the United States Capitol Police (USCP) in the capacity of a Paralegal Specialist. I am responsible for administering the Federal Tort Claims process for the Office of the General Counsel for the USCP. I was a sworn police officer in the USCP from 1983 to 2000. I was assigned to the Office of the General Counsel of the USCP from 1990 through 2000 as an administrative officer. During that time I was responsible for reviewing tort claims filed against the USCP. I left the Department in 2000, and returned in 2005 as a civilian employee. I have been employed in my current capacity with the Office of the General Counsel for eight months.

2. I further declare that as part of the job of administering the Federal Tort Claims process, I have the responsibility of reviewing tort claim files and adhering to the process developed by the USCP for handling them. I am familiar with the process, and I have handled numerous tort claims in the approximately ten years in which I have been tasked with reviewing claims.

3. I became familiar with the Massengale file when I was assigned to bring to completion claims that were received when my predecessor, attorney William H. Emory, handled the Federal Tort Claims process. I reviewed the claim several months after I was rehired.

4. I make the statements in this declaration based on my personal knowledge and based on the official records kept by the USCP, which records relate to the tort claim filed by Mr. Massengale and are records kept in the ordinary course of business.

5. USCP received Mr. Massengale's administrative claim on March 2, 2005, from the U.S. House of Representatives.

6. The USCP received directly from Mr. Massengale on January 20, 2005 a voluminous copy of medical records from the VA medical Center in Washington, D.C. relating to treatment rendered to Mr. Massengale. The medical records did not include a Standard Form 95 or other notice that an administrative claim was forthcoming or specify a sum certain for a claim for injury.

7. A copy of the SF-95 included with Mr. Massengale's claim is attached hereto as Exhibit 1.

8. The USCP did not receive the Standard Form 1145, which is required by USCP regulations in order to process the claim; therefore, a formal response was not issued. I contacted Mr. Massengale to request the form. I received an unsigned copy of the form on January 11, 2006. I then attempted to contact him again, and left a message requesting that he send a signed copy of the form. I did not receive a reply. Although the claim was never complete in order to issue a final decision, the claim was not submitted to the USCP within in the two year statute of limitations and would have been denied as

untimely.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge, this 23rd day of March, 2006.

_Cecelia E. Barrios_
Cecelia Barrios



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| United States House of Representatives Counsel Office, 136 Cannon House Office Bldg. Washington, DC 20515 | Jack Massengale 7105 Steed Court Hyattsville, MD 20782 |

| 3. TYPE OF EMPLOYMENT MILITARY  CIVILIAN | 4. DATE OF BIRTH 7-26-21 | 5. MARITAL STATUS widowed | 6. DATE AND DAY OF ACCIDENT January 15, 2003 | 7. TIME (A.M. OR P.M) @9:30 am |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

In the morning or on about January 15, 2003, Jack Massengale (I) was walking uphill past the Cannon House Office Building afte leaving the Capitol South Metro Station on Second Street SE, heading toward the U.S. Supreme Court building. I was pulling a wheeled folding cart with a brief case on it. Near Independence Avenue on Second Street SE I walked over a Hubbell TrukTrak which crossed the sidewalk (hiding an electric cable attched to a temporary barrier that raised and lowered with electricity). The Hubbell TrukTrak was about 3 inches high (See Hubbell TrukTrak information ...)(See ATTACHED)

9.   PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

n/a

10.   PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

I broke bones in my left arm AND wrist. I lost 7#%use of the left hand. I am left handed.
The hearing in my right ear was destroyed, and the hearing in my left ear was worsened. (See ATTACHED for further)

11.   WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Unknown Capitol Policeman (Asian, probably Korean) | US Capitol Police, 109 D St NW Washington, DC |
| Phillip J. Collins philosofr@yahoo.com | 738 Hobart PL NW Washington, DC  20001 |

12. (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| none | $500,000.00 | none | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory 301-779-2971 | 14. DATE OF CLAIM |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.  No

Not for this type of claim

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

n/a

17. If deductible, state amount

n/a

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

n/a

19. Do you carry public liability and property damage insurance?  Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)  No

The home I live in has public liability and property damage insurance. Other than that, NO.

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

1. United States Congress
House of Representatives
Counsel Office
202-224-3121
2. Jack C. Massengale
7105 Steed Court
Hyattsville, MD  20785
3. Civilian
4. July 26, 1921
5. Widower (was married at time of accident)
6. January 15, 2003
7. Time:   A.M. early morning of the working day
8. Basis of Claim: In the morning of January 15, 2003.  I was walking uphill past the Cannon House Office Building on Second Street, NE, heading west from the Capital East Metro stop, going to the U.S. Supreme Court to file a court document which was due.  I was pulling a wheeled folding cart with a full size leather briefcase on it.  I walked over a Hubbell TrukTrak barrier, which contained an electrical wire running from an outlet on the lawn outside the Cannon Office Building across the sidewalk to a large solid temporary traffic barrier that raised and lowered with electricity from the electric wire.  The TrukTrak was about 3 inches high.  (See the Hubbell product information attached.  Please note that the TrukTrak is meant for trucks to drive over, while Hubbell mains AccessTrak, TredTrak and FloorTrak for pedestrians to walk over).  I fell crossing over the Hubbell TrukTrak onto the sidewalk pavement, which had a pebbled surface.  I was unconscious for an unknown amount of time.  Some passerbys helped me up before or after I came to.  I continued to the U.S. Supreme Court, and went to the health or nursing office and received temporary treatment.  I was told to go to the hospital for further treatment.   I then went, as soon as I

could to Washington Hospital Center.
9. None
10. Personal Injury:
I broke bones in my left arm and wrist. I lost 70% of the use of the left hand due to broken bones in the left hand and wrist and arm. I am left handed.
My hearing in my right ear was destroyed and my hearing in my left ear has worsened.
I broke bones on the right side of my chest, and have pain on both sides of my chest.
I bruised and scarred my right eye and eyeball. These cause me to see little dots in my right eye's field of vision, which is very irritating.
Both knees injured due to fall - permanent injuries.
Broken bones in the chest causing severe permanent pain.
11. Witnesses: Unknown people passing by helped me up after my fall. On my trip back from the U.S. Supreme Court to the Capital East Metro I stopped at the Cannon Office Building and reported the accident to two guards, one of apparent Korean origin and the other of apparent European ancestry. I spoke primarily with the Korean guard. Phillip J. Collins, philosofr@yahoo.com <mailto:philosofr@yahoo.com>, went to the accident site a few days after the accident and saw the sidewalk and the Hubbell TrukTrak and electrical cord running through it.
12. Amount of Claim
12a. Property damage: None
12b. Personal Injury: $500,000.00
12c. Wrongful death: None
12d. Total: $500,000.00
13a. Signature:
13b. Phone Number of Signatory: 301-779-2971
14. Date of Claim: December _____ 2004

15. Accident Insurance: I have accident insurance only on my automobile, which does not cover this accident.
16. Insurance claim filed? No.  Veterans Affairs Department provides medical coverage as does Blue Cross Blue Shield high options
17. Deductible? Not that I am aware of at this time.
18. Insurance carrier action? Not applicable
19. Public liability and property damage insurance? The home I live in is owned by my deceased wife's estate and has property damage insurance. Other than that, no.

Federal Tort Claim Instructions SF-95

The amount claimed should be substantiated by competent evidence as follows:
- (a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.