UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK CHARLES MASSENGALE,     )
                             )
    Plaintiff,               )     Civil Action No.: 05-2275 (RJL)
                             )
    v.                       )
                             )
UNITED STATES, and the       )
UNITED STATES HOUSE OF REPRESENTATIVES,     )
                             )
    Defendants.              )

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that this case is dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

This is a final and appealable order.

So Ordered.

_____          _____
date                           RICHARD J. LEON
                               United States District Judge