AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _District of Columbia_

Jack Charles Massengale
7105 Steed Ct.
Hyattsville MD 20782

V.

United States and
U.S. House of Representatives

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05 cv 02275-RJL

TO: (Name and address of Defendant)

House of Representatives
c/o Sergeant at Arms   H 124
The Capitol
Washington DC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack Charles Massengale
7105 Steed Ct.
Hyattsville MD 20782

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_Jackie Francis_
(By) DEPUTY CLERK

DATE   FEB 17 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/17/2006 |
| NAME OF SERVER (PRINT) Philip J. Collins | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Cannon House Office Bldg. Room 219 House General Counsel's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/17/2006

Signature of Server

1712 I-St NW Suite 915
Washington DC 20006
Address of Server

**RECEIVED**

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __District of Columbia__

Jack Charles Massengale
7105 Steed Court
Hyattsville MD 20785
301-779-2971

V.

United States and
United States House of Representatives

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-02275-RJL

TO: (Name and address of Defendant)

US Attorney for the District of Columbia
551 - 4th Street NW
Washington DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack Charles Massengale
7105 Steed Ct.
Hyattsville MD 20782

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 17 2006
CLERK                                       DATE

_Jackie Francis_
(By) DEPUTY CLERK

*Received By Winnie Haight*
*Mail Rm 1410*
*At 4:35pm 3/17-06   USAO*

**RECEIVED**
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/17/2006 |
| NAME OF SERVER (PRINT) Phillip J. Ellis | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 555 4th St NW Mail Room 1410 upon Winnie Haight at 4:35pm USAO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/17/2006
Date

Signature of Server

1712 I St NW Suite 915
Washington DC 20006
Address of Server