**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

APR **2 7** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JACK CHARLES MASSENGALE

    Plaintiff                        CIVIL ACTION NO 05-2275 (RJL)

v.

UNITED STATES

AFFIDAVIT OF JACK C. MASSENGALE AS TO
MAILING OF FEDERAL TORT CLAIM ACT (FTCA)
ADMINISTRATIVE CLAIM

1. I met Mr. Filamor, attorney at the House of Representative counsel office and spoke with many other people in the course of preparing to file my administrative claim for my fall of January 15, 2003 while going uphill after crossing a Hubbell TrukTrak with my two-wheeled cart and briefing bag on First Street SE, Cannon House Office Building side, near Independence Avenue.

2. I was told at some point my someone to mail my complaint about a month in advance of the deadline to the Torts Claim office in the U.S. Department of Justice, which due to mail delays in the Congress due to the anthrax scares, was receiving mail faster, and filing of FTCA claim would not be contested. I did this in mid-December on December 23, 2004.

3. I was told the Capitol Police would be investigating the claim for the House of Representatives, as the police have accident investigation expertise. Thus, I sent information to the Capitol Police, but not a complete application.

4. In mid-February 2005 I received a letter from Ms. Pyles (Exhibit 1 to Defendant's Motion to Dismiss) that said my FTCA claim had been received by USDOJ and

was being properly forwarded to the US House of Representatives. I thought my claim was home free in the House and I would be receiving an answer or a request for discussions as to damages within a few months.

5. When I received no written answer to my administrative FTCA claim I filed the federal court FTCA complaint.

Jack C. Massengale
7105 Steed Court
Hyattsville, MD  20782
301-779-2971
fedservice@yahoo.com

April 27, 2006        Respectfully submitted,

Jack C. Massengale, Pro Se
7105 Steed Court
Hyattsville, MD  20782
301-779-2971
fedservice@yahoo.com

SUBSCRIBED AND SWORN to before me this 27 day of April 2006

NOTARY

Josefina Pia
Notary Public, District of Columbia
My Commission Expires 2-28-2009

Certificate of Service

I, Jack Massengale, mailed the attached Motion for Summary Judgment As To Liability by prepaid US Mail this 27 day of April 2006 to:

Kenneth Wainstein, Esq.
Rudolph Contreras, Esq.  and
Alan Burch, Esq.
Assistant United States Attorneys
555 4th St NW
Washington, DC  20530
202-514-7204
Alan.burch@usdoj.gov

Jack C. Massengale