UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACK CHARLES MASSENGALE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2275 (RJL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, and the ) | |
| UNITED STATES HOUSE OF REPRESENTATIVES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S AMENDED
MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

Defendants, the United States and the U.S. House of Representatives, respectfully file this opposition to plaintiff's amended motion for summary judgment on liability, docket no. [10]. *Pro se* Plaintiff's motion suffers numerous defects, both in form and substance, and should be denied.

Plaintiff's motion suffers two defects in form.  First, the version of the motion itself that was filed in Court and served on counsel consists of two pages, even though those pages are paginated "1 of 3," and "2 of 3."  The second page ends mid-sentence and there is no signature page or certificate of service.  The omission of a signature suffices for the Court to strike the motion if the defect is not corrected promptly.  See Fed. R. Civ. P. 11(a) (requiring *pro se* parties to sign all motions, pleadings, and other filings).

Second, the motion does not comply with Local Rule 7(h) because it fails to include a Statement of Material Facts and does not support the factual allegations with admissible evidence.  See, e.g., Chao v. Day, 436 F.3d 234, 235 (D.C. Cir. 2006); SEC v. Banner Fund

Internat'l, 211 F.3d 602, 616 (D.C. Cir. 2000); Green v. DEA, No. 03-2268, 2006 WL 826466 (Mar. 29, 2006) (Kennedy, J.) (*pro se* FOIA case); Nichols v. Billington, 402 F. Supp. 2d 48, 55 n.2 (D.D.C. 2005) (Kollar-Kotelly, J.) (*pro se* Title VII plaintiff failed to file statement of material facts).

As for Defendants' opposition to the required statement of material facts, Defendants offer the following material facts, pertaining to Plaintiff's motion for summary judgment:

1. The U.S. Capitol Police is statutorily responsible for protection of the grounds surrounding the Capitol building, including the U.S. House of Representatives. See 2 U.S.C. §§ 1961, 1963-65.

2. The U.S. Capitol Police processed Plaintiff's tort claim, as the appropriate federal agency. See Barrios Dec.

3. The documentation Plaintiff included with his motion describes the cable-protection barrier as "designed to support pedestrian and light vehicle traffic in public, institutional and commercial applications." See Plf. Amd. Mot. Sum. J. Liab., Ex. 1 at 1 of 3; contra Plf. Amd. Mot. Sum. J. Liab. at ¶ 5.

4. As for the lack of warning about the barrier, see id. ¶ 6, Massengale himself describes the Truk-Trak barrier as "easily visible by any cursory examination," see Plf. Opp. Mot. Dismiss at 1 ¶ 2.

Finally, it bears noting that Plaintiff cites no authority for the proposition that any particular federal agency "owns" the sidewalk where he tripped. Contra Plf. Mot. Sum. J. at ¶ 1. It is instead the United States that owns the property.

The remainder of Plaintiff's arguments are meritless. Accordingly, for the reasons herein

and set forth in defendants' motion to dismiss, the Court should deny Plaintiff's motion for summary judgment and dismiss the case.

May 15, 2006                                            Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

          /s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/
_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Amended Motion for Summary Judgment on Liability to be served upon *pro se* plaintiff by first class mail addressed to:

    Jack Charles Massengale
    7105 Steed Ct.
    Hyattsville, MD 20782

on this 15th day of May, 2006.

                                            /s/
                                    ALAN BURCH, D.C. Bar # 470655
                                    Assistant United States Attorney
                                    555 4th St., N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7204
                                    alan.burch@usdoj.gov