UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JACK CHARLES MASSENGALE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 05cv2275 (RJL) |
| UNITED STATES, and the UNITES STATES HOUSE OF REPRESENTATIVES, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd day of November 2006, hereby

**ORDERED** that defendants' Motion to Dismiss [#4] is **GRANTED**, and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [#7, #10] is **DENIED** as moot, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge