# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JACK CHARLES MASSENGALE
Plaintiff

vs.

Civil Action No. 1:05-cv-02275-RJL

UNITED STATES & UNITED STATES HOUSE OF REPRESENTATIVES
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 9th day of February, 20 07, that

JACK CHARLES MASSENGALE

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 9th day of February, 20 07

in favor of the United States and United States House of Representatives, defendants

against said Jack Charles Massengale, plaintiff.

**JACK CHARLES MASSENGALE**
7105 Steed Court
Hyattsville, MD 20782
US
(301) 279-2971
PRO SE

_____
Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Alan Burch, Esq.
U.S. Attorney's Office
555 Fourth Street NW
Washington DC  20530
Lead attorney to be noticed for United States and United States House of Representatives
202-514-7204
FAX 202-514-8780
Email: alan.burch@usdoj.gov