# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5067**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41

ISSUED: _____ 10, 5, 07

BY: _____

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**September Term, 2006**

**05cv02275**

**Filed On:**

Jack Charles Massengale,
    Appellant

v.

United States and U.S. House of Representatives,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  **AUG 1 3 2007**

**CLERK**

**BEFORE:** Sentelle, Rogers, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; the order to show cause filed May 17, 2007 and the answer thereto; and the motion to schedule oral argument; it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987). Appellant's Federal Tort Claims Act suit was properly dismissed because appellant did not present a written administrative claim to an appropriate federal agency within two years after his claim accrued. See 28 U.S.C. § 2401(b). It is

**FURTHER ORDERED** that the motion to schedule oral argument be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____
                          Deputy Clerk